UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN T. CHESTNUT,

          Plaintiff,

vs.                                      Case No. 3:09-cv-481-J-12JBT

B. HAWKINS, et al.,

          Defendants.

## ORDER

This case is before the Court sua sponte. Although there is no Constitutional or statutory right to appointment of an attorney in this case, the Court, pursuant to the Jacksonville Division Civil Pro Bono Appointment Program, has determined that the appointment of counsel for plaintiff is appropriate. Robert F. Spohrer (of Spohrer & Dodd) and Matthew Spohrer are appointed as counsel for plaintiff. Appointed counsel should promptly acknowledge this appointment by filing a notice of appearance and beginning the representation.

Pursuant to the cost reimbursement program, the appointed attorney is permitted to be reimbursed for certain costs incurred during the representation. A form explaining the

allowable costs and the procedure for obtaining reimbursement is available on the Court's website www.flmd.uscourts.gov.

The Court appreciates the service of appointed counsel.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of December, 2010.

                                          *Howell W. Melton*
                                          United States District Judge

Copies:
John T. Chestnut
Robert F. Spohrer, Esquire
Matthew Spohrer, Esquire
Ass't A.G. (Neff, Hiers & Marks)